# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

IN THE MATTER OF:

| | |
|---|---|
| Robert Allan Josephson, | Bankruptcy Case No. 10-74901-pjs |
| Melanie Fay Josephson, | Honorable Phillip J Shefferly |
| | Chapter 7 |
| Debtor(s) | |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $405.19 represents unclaimed dividends in this Estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| Creditor | Claim No. | Amount of Dividend |
|---|---|---|
| LHR, Inc.<br>56 Main Street<br>Hamburg, NY 14075 | 1 | $405.19 |

Respectfully Submitted,

/s/ Michael A. Stevenson
Michael A. Stevenson (P37638)
Stevenson & Bullock, PLC
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
E-mail: mstevenson@sbplclaw.com

Dated: January 20, 2015